IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN GINGOLD,

    Plaintiff,

  v.

SANDOZ INC., NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, DOES 1–25,

    Defendants.

No. C 14-04635 WHA

**ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE AND GRANTING IN PART AND DENYING IN PART STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Plaintiff commenced this action alleging employment discrimination and retaliation in October 2014. The parties say that the deadline for defendants Novartis Pharmaceuticals Corporation and Novartis Corporation to respond to the complaint is December 15, and the deadline for defendant Sandoz Inc. to respond to the complaint is December 30. The parties seek to extend the deadline to respond to the complaint to January 29, 2015 (Dkt. No. 6). The Clerk's office previously set the initial case management conference for Friday, January 16.

The stipulation is **GRANTED IN PART AND DENIED IN PART**. The initial case management conference is hereby **CONTINUED TO THURSDAY, JANUARY 22 AT 11:00 A.M.** Joint case management statements are due by **JANUARY 15 AT NOON**. Defendants have until **JANUARY 14 AT NOON** to respond to the operative complaint. Any request to further continue the initial case management conference is unlikely to be granted.

**IT IS SO ORDERED.**

Dated: December 12, 2014.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE