United States District Court
For the Northern District of California

1
2
3
4              IN THE UNITED STATES DISTRICT COURT
5
6              FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    ROBIN GINGOLD,
                                              No. C 14-04635 WHA
9              Plaintiff,
10        v.
11   SANDOZ INC., NOVARTIS CORPORATION,       **ORDER CONTINUING**
     NOVARTIS PHARMACEUTICALS                 **INITIAL CASE**
12   CORPORATION, DOES 1–25,                  **MANAGEMENT CONFERENCE**
13             Defendants.
                                          /
14
15        Plaintiff commenced this action in October 2014.  An initial case management
16   conference was set for January 16.
17        The parties then filed a stipulation and proposed order to continue the case management
18   conference, which was granted in part.  The case management conference was continued to
19   January 22.
20        Now, the parties again move to continue the case management conference.
21   No good cause was shown.  In pertinent part, no sworn declaration explaining in detail the
22   scheduling conflict was filed.  Nevertheless, to accommodate the parties' request, the initial case
23   management conference is hereby continued to **JANUARY 29 AT 11:00 A.M.**
24   No more continuances.  The joint case management statement is still due by
25   **JANUARY 15 AT NOON**.  Please be aware that the undersigned judge's courtroom is not usually
26   configured for telephonic appearances so counsel must appear in person.
27        **IT IS SO ORDERED.**
28   Dated:   January 8, 2015.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE