IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBIN GINGOLD, an individual,

    Plaintiff,

v.

SANDOZ INC., NOVARTIS CORPORATION, NOVARTIS PHARMACEUTICALS CORPORATION, and DOES 1–25,

    Defendants.

No. C 14-04635 WHA

**ORDER GRANTING STIPULATED REQUEST TO DISMISS CASE**

The parties have filed a stipulation dismissing this entire action and all claims plaintiff has asserted against Sandoz Inc. with prejudice. This action is hereby **DISMISSED** with prejudice.

**IT IS SO ORDERED.**

Dated: July 27, 2015.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE